IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-04-2287 |
| FMC TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## FINAL JUDGMENT

As Defendant FMC Technologies, Inc.'s Motion For Complete Summary Judgement (Document No. 12) has been granted, the Court hereby

ORDERS that final judgment be entered in favor FMC Technologies, Inc. Plaintiff Clarence Wright's claims against Defendant are DISMISSED. Plaintiff shall take nothing from Defendant.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 1st day of July, 2005.

_____
DAVID HITTNER
United States District Judge